United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7    SCOTT JOHNSON,                          Case No.  21-cv-08036-SVK
8                    Plaintiff,
9            v.                              **ORDER ON ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE**
10   DONNA R. SANFILIPPO,                    Re: Dkt. No. 12
11                   Defendant.
12           Plaintiff's Administrative Motion for Relief from the service deadline (Dkt. 12) is

13   DENIED in part and GRANTED in part.   Plaintiff states, both in the motion and in the

14   declaration of counsel Tehniat Zaman, signed under penalty of perjury, that he has new

15   information and "anticipates that service upon Defendant can be completed

16   shortly." Dkt. 12; Dkt. 12-1.  Inexplicably, Plaintiff then asks for an additional 90 days, the entire

17   initial time to serve a complaint in the Northern District of California.  The request for an

18   additional 90 days is DENIED.  The Court GRANTS an extension of 30 days from the date of this

19   order, until January 19, 2022, to complete service on Defendant.  The Court also GRANTS a 30-

20   day extension of the deadline to complete the site inspection.  No further extensions will be

21   granted without an explicit showing of good cause supported by facts specific to this

22   case.  Plaintiff's usual boilerplate, non-specific complaints regarding COVID and the like shall not

23   be sufficient

24           **SO ORDERED.**

25   Dated: December 20, 2021

26
27
28                                          _____
                                            SUSAN VAN KEULEN
                                            United States Magistrate Judge